

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Benjamin Flourney

                         **Plaintiff,**

      V.

Does 1-15 et al

                        **Defendant.**

FILED
2021-10-13
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:       J. Simmons , Deputy

**Civil No.**  21-cv-01767-CAB-BGS

**STRICKEN DOCUMENT:**

Complaint

**Per Order #**     4

1